IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLING ASSET MANAGEMENT, LLC f/k/a VALLEY FORGE ADVISORS, LLC | : CIVIL ACTION :  : |
| vs. | : : |
|  | : NO. 10-CV-7102 |
| VTL ASSOCIATES, LLC and VINCENT T. LOWRY | : : : |
| vs. | : : |
| INDEX LICENSING, LLC, BRIAM McELWEE and RICHARD IRELAND | : : |

**ORDER**

    AND NOW, this   17th   day of August, 2011, upon consideration of the Motion of Plaintiff/Counterclaim Defendants to Dismiss the Counterclaim for Failure To State A Claim Upon Which Relief Can Be Granted (Doc.No. 15) and Defendant/Counterclaim Plaintiffs' Response thereto (Doc. No. 23), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

                                      BY THE COURT:

                                      s/J. Curtis Joyner
                                      J. CURTIS JOYNER,        C.J.