```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STERLING ASSET MANAGEMENT, LLC    : CIVIL ACTION
f/k/a VALLEY FORGE ADVISORS, LLC  :
                                  :
        vs.                       :
                                  : NO. 10-CV-7102
VTL ASSOCIATES, LLC and           :
VINCENT T. LOWRY                  :
                                  :
        vs.                       :
                                  :
INDEX LICENSING, LLC,             :
BRIAM McELWEE and RICHARD IRELAND :
```

**ORDER**

     AND NOW, this    17th    day of August, 2011, upon consideration of the Motion of Plaintiff/Counterclaim Defendants to Dismiss the Counterclaim for Failure To State A Claim Upon Which Relief Can Be Granted (Doc.No. 15) and Defendant/Counterclaim Plaintiffs' Response thereto (Doc. No. 23), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

                                                 BY THE COURT:


                                             s/J. Curtis Joyner
                                           J. CURTIS JOYNER,          C.J.